JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :          INDICTMENT

          - v. -                  :          08 Cr.

TIMOTHY L. ROBERTS,               :

          Defendant               :     08 CRIM 377

- - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 25 2008

## COUNT ONE

The Grand Jury charges:

On or about January 15, 2008, in the Southern District of New York, TIMOTHY L. ROBERTS, the defendant, unlawfully, willfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about October 17, 1988, in New York Supreme Court, New York County, for Robbery in the Second Degree, in violation of New York Penal Law 160.10, a Class C Felony, did possess in and affecting commerce, a firearm, to wit, a KSI .9 millimeter handgun, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney