UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/08
```

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :         ORDER

                - v. -           :         08 Cr. 377 (LAP)

TIMOTHY L. ROBERTS,              :

                Defendant.       :

- - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by and through its counsel, Michael J. Garcia, United States Attorney for the Southern District of New York, of counsel Amy Lester, Assistant United States Attorney, and with the consent of TIMOTHY L. ROBERTS, the defendant, by and through Roland Thau, Esq., it is hereby ORDERED that the conference in this case is continued from August 6, 2008 to September 9, 2008 at 2:30 p.m.

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to continue ongoing plea discussions. Accordingly, it is further ORDERED that the time between August 6, 2008 and September 9, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated:   New York, New York
         August 8, 2008

                              _Loretta A. Preska_
                              HONORABLE LORETTA A. PRESKA
                              UNITED STATES DISTRICT JUDGE